UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>JERRY ALFRED WHITWORTH,<br>    Defendant. | Case No. 85-cr-00552-RS-1<br><br>**ORDER TO SHOW CAUSE** |

Jerry Alfred Whitworth moves to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Whitworth is currently serving a 365-year prison sentence. The United States is hereby ordered to respond to Whitworth's petition no later than April 25, 2017.

**IT IS SO ORDERED**.

Dated: February 24, 2017

_____
RICHARD SEEBORG
United States District Judge